**Order entered April 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00422-CV

**ALAN D. GERTNER, IRA, Appellant**

**V.**

**HQZ PARTNERS, L.P., ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03044-H**

## ORDER

We **GRANT** appellant's April 16, 2015 unopposed motion for an extension of time to file the clerk's record **TO THE EXTENT** that the clerk's record shall be filed by June 16, 2015.

/s/     ELIZABETH LANG-MIERS
          JUSTICE